JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE REALPROP, L.P.; GEORGE KALMAN; and ELEANOR KALMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST AMERICAN INSURANCE COMPANY; and RLI INSURANCE COMPANY,<br><br>Defendants. | Case No.: CV 24-4320-GW-PDx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

– 1 –

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On April 2, 2025, the parties to this action, Plaintiffs GE Realprop, L.P., George Kalman, Eleanor Kalman and Defendant West American Insurance Company (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

The Court, having considered the Stipulation and finding good cause, therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. That this matter be dismissed with prejudice in entirety.

Dated: April 3, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

4912-2641-0289.1

– 2 –
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE